21, 25, REFER, REMOVAL

# U.S. District Court
## United States District Court for the Central District of Illinois (Urbana)
## CIVIL DOCKET FOR CASE #: 2:07-cv-02031-MPM-DGB

Mathein v. Davol Inc et al
Assigned to: Chief Judge Michael P. McCuskey
Referred to: Magistrate Judge David G. Bernthal
Cause: 28:1332 Diversity-Product Liability

Date Filed: 02/07/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**James Daniel Mathein**

represented by **Douglas J Phebus**
LAWTON & CATES
10 East Doty
Madison, WI 53703
608-282-6200
Fax: 608-282-6252
Email: dphebus@lawtoncates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph W Phebus**
PHEBUS & KOESTER
136 W Main St
Urbana, IL 61801
217- 337-1400
Fax: 217-337-1607
Email: jwphebus@phebuslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc**
*a corporation*

represented by **Dana Alan Gausepohl**
SPRIGGS & HOLLINGSWORTH
1350 I Street NW
9th Floor
Washington, DC 20005
202-898-5800
Fax: 202-682-1639
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joe G Hollingsworth**
SPRIGGS & HOLLINGSWORTH

1350 I Street NW
9th Floor
Washington, DC 20005
202-898-5800
Fax: 202-682-1639
Email: jhollingsworth@spriggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T Griffis**
SPRIGGS & HOLLINGSWORTH
1350 I Street NW
9th Floor
Washington, DC 20005
202-898-5800
Email: kgriffis@spriggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip M Crane**
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
One IBM Plaza
Suite 200
330 N Wabash Ave
Chicago, IL 60611
312-645-7800
Fax: 312-645-7711
Email: mcrane@smsm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly A Kayiwa**
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
Suite 200
330 N Wabash Ave
Chicago, IL 60611
312-645-7800
Fax: 312-645-7711
Email: kkayiwa@smsm.com

**Defendant**

**C R Bard Inc**
*a corporation*

represented by **Dana Alan Gausepohl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joe G Hollingsworth**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T Griffis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip M Crane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly A Kayiwa**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2007 | 1 | NOTICE OF REMOVAL from Champaign County, case number 06-L-282 ( Filing fee $ 350.00)(Receipt U5532), filed by Davol Inc, C R Bard Inc. (Attachments: # 1 Exhibit A-summons and complaint# 2 Exhibit B-notice of filing# 3 Exhibit C-page 1 of person locator -p-srch)(VB, ilcd) Modified on 2/7/2007 to add receipt information for fee (VB, ilcd). (Entered: 02/07/2007) |
| 02/07/2007 | 2 | NOTICE OF FILING by Davol Inc, C R Bard Inc re 1 Notice of Removal. (VB, ilcd) (Entered: 02/07/2007) |
| 02/07/2007 | 3 | NOTICE of Appearance of Attorney by Phillip M Crane on behalf of Davol Inc, C R Bard Inc (VB, ilcd) (Entered: 02/07/2007) |
| 02/07/2007 | 4 | ORDER setting Rule 16 Scheduling Conference entered by Judge David G. Bernthal on 02/7/07. Rule 16 Scheduling Conference set for 3/21/2007 at 2:00 PM in Courtroom C before Magistrate Judge David G. Bernthal. See written order. (VB, ilcd) (Entered: 02/07/2007) |
| 02/14/2007 | 5 | ANSWER AND AFFIRMATIVE DEFENSES to Complaint by Defendants Davol Inc, C R Bard Inc.(Crane, Phillip) (Entered: 02/14/2007) |
| 02/26/2007 | 6 | Remark: Letter from Attorney Edward A Wallace with Proof of Service of filing documents with MDL Panel (Attachments: # 1 Motion for Transfer, Coordination, and Consolidation# 2 Memorandum in Support of Motion for Transfer# 3 Exhibit A and B to memsup# 4 Schedule of Actions) (VB, ilcd) Modified on 2/28/2007 to correct a typographical error (VB, ilcd). (Entered: 02/26/2007) |
| 03/05/2007 | 7 | Letter from Attorney Edward A Wallace to Judicial Panel on MDL Cases (Attachments: # 1 Proof of Service# 2 Montiel's First Notice of Related Action) (VB, ilcd) (Entered: 03/05/2007) |

| | | |
|---|---|---|
| 03/07/2007 | 8 | NOTICE *Joint Rule 26(f) Report* by Davol Inc, C R Bard Inc (Crane, Phillip) (Entered: 03/07/2007) |
| 03/12/2007 | 9 | NOTICE OF REVISED SCHEDULE OF RELATED ACTIONS to Judial Panel on Multidistrict Litigation filed by Attorney Edward A Wallace with attachments. (VB, ilcd) (Entered: 03/12/2007) |
| 03/12/2007 | | TEXT ORDER entered by Judge David G. Bernthal on 3/12/07. Defendants' counsel's request to convert the Rule 16 hearing scheduled for 3/21/07 @ 2:00 p.m. from personal appearance to telephone conference is granted. The Court will initiate the call. (VB, ilcd) (Entered: 03/12/2007) |
| 03/14/2007 | 10 | NOTICE OF APPEARANCE of Edward A Wallace on behalf of plaintiffs Sonia Montiel and Carol Nunes-MçNamara for case no. CA 07 064 for the USDC of Rhode Island, that was mailed to the Judicial Panel on Multidistrict Litigation. (VB, ilcd) (Entered: 03/14/2007) |
| 03/16/2007 | 11 | NOTICE of Appearance of Attorney by Joe G Hollingsworth on behalf of C R Bard Inc (Hollingsworth, Joe) (Entered: 03/16/2007) |
| 03/21/2007 | | Minute Entry for proceedings held 3/21/07 before Judge David G. Bernthal. Appearance by Attorney Douglas Phebus and Attorney Joseph Phebus for plaintiff. Appearance by Attorney Kirby Griffis, Attorney Joe Hollingsworth, and Attorney Phillip Crane for defendants. Rule 16 held. Plan is discussed and approved. Order to be entered. Consent to Magistrate Judge, ADR options, including summary jury trial, and settlement conference offered. Counsel reminded that all attorneys need to be registered with the electronic system. (VB, ilcd) (Entered: 03/21/2007) |
| 03/26/2007 | 12 | DISCOVERY ORDER entered by Judge David G. Bernthal on 3/23/07. Final Pretrial Conference set for 6/27/2008 at 2:30 PM in Courtroom A before Chief Judge Michael P. McCuskey. Jury Selection/Jury Trial set for 7/14/2008 at 9:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. (for approx. 7 days) See written order. (VB, ilcd) (Entered: 03/26/2007) |
| 03/26/2007 | 13 | NOTICE filed before the Judicial Panel on Multi District Litigation as Additional Proof of Service of Motion for Transfer, Coordination, and Consolidation of Related Actions to the U S District Court for the Northern District of Alabama, Pursuant to 28 USC § 1407 filed by Attorney W Lewis Garrison Jr on behalf of plaintiffs Lilyan Kathleen Hall and Alonzo Hall. (VB, ilcd) (Entered: 03/26/2007) |
| 03/26/2007 | 14 | Movant Montiel's NOTICE OF TAG-ALONG ACTIONS filed with the Judicial Panel on MultiDistrict Litigation by Attorney Edward A Wallace. (Attachments: # 1 Revised Schedule of Actions# 2 Proof of Service) (VB, ilcd) (Entered: 03/26/2007) |
| 03/27/2007 | | TEXT ORDER entered by Judge David G. Bernthal on 3/27/07. Included in the parties' Joint Rule 26(f) Report 8 is the request for a hearing with the district judge for 5/26/08 on an anticipated motion filing. This Court |

| | | |
|---|---|---|
| | | is not in the practice of pre-setting motion hearings. When the motion is filed and either the court grants any hearing request made by the parties at that time or decides on its own to set a hearing, the parties will be notified. (VB, ilcd) (Entered: 03/27/2007) |
| 03/27/2007 | 15 | MEMORANDUM IN OPPOSITION to plaintiffs Sonia Montiel and Carol Nunes-McNamara's Motion to Transfer, Coordination and Consolidation of Actions that was filed before the Judicial Panel on Multi District Litigation by defendants Davol Inc, C R Bard Inc. (VB, ilcd) (Entered: 03/27/2007) |
| 03/30/2007 | 16 | NOTICE filed before the Judicial Panel on Multidistrict Litigation Omnibus Reply Memorandum in Support of Transfer, Coordination, and Consolidation Pursuant to 28 USC § 1407 (VB, ilcd) (Entered: 03/30/2007) |
| 04/02/2007 | 17 | NOTICE of REVISED SCHEDULE OF RELATED ACTIONS filed before the Judicial Panel on Multi District Litigation filed by Attorney W Lewis Garrison, Jr. (VB, ilcd) (Entered: 04/02/2007) |
| 04/03/2007 | 18 | NOTICE of Appearance of Attorney by Kimberly A Kayiwa on behalf of all defendants (Kayiwa, Kimberly) (Entered: 04/03/2007) |
| 04/03/2007 | 19 | CERTIFICATE OF SERVICE by Davol Inc, C R Bard Inc re 18 Notice of Appearance of Attorney (Kayiwa, Kimberly) (Entered: 04/03/2007) |
| 04/05/2007 | 20 | AMENDMENT TO RESPONSE CONCERNING MOTION TO TRANSFER filed before the Judicial Panel on Multi District Litigation by Attorney David A Hodges. (VB, ilcd) (Entered: 04/05/2007) |
| 04/09/2007 | 21 | AMENDMENT TO RESPONSE CONCERNING MOTION TO TRANSFER filed before the Judicial Panel on Multi District Litigation by Attorney David A Hodges (VB, ilcd) (Entered: 04/09/2007) |
| 04/09/2007 | 22 | NOTICE *of filing of Plaintiff's Supplement to his Response to Motion to Transfer filed with the Multidistrict Litigation Panel* by James Daniel Mathein (Phebus, Joseph) (Entered: 04/09/2007) |
| 04/16/2007 | 23 | Remark: Response to Motion of Plaintiffs Lilyan Kathleen Hall and Alonzo Hall for Transfer of Actions to the Northern District of Alabama for Coordinated or Consolidated Pretrial Proceedings Pursuant to 28 USC 1407 filed before the Judicial Panel on Multi District Litigation by Attorney David A Hodges for plaintiff Mary Campbell. (VB, ilcd) (Entered: 04/16/2007) |
| 04/16/2007 | 24 | Remark: Response to Motion of Plaintiffs Lylyan Kathleen Hall and Alonozo Hall for Transfer of Actions to the Northern District of Alabama for Coodinated or Consolidated Pretrial Proceedings Pursuant to 28 USC 1407 filed before the Judicial Panel on Multi District Litigation by Attorney David A Hodges for plaintiff Carolene Jean Carter. (VB, ilcd) (Entered: 04/16/2007) |
| 04/23/2007 | 25 | MOVANT MONTIEL'S SECOND NOTICE OF TAG-ALONG ACTION filed before the Judicial Panel on Multi District Litigation by |

| | | |
|---|---|---|
| | | Attorney Edward A. Wallace. (VB, ilcd) (Entered: 04/23/2007) |
| 04/30/2007 | 26 | MOVANT MONTIEL'S THIRD NOTICE OF TAG-ALONG ACTION filed by Attorney Edward A Wallace before the Judicial Panel on Multi District Litigation (VB, ilcd) (Entered: 04/30/2007) |
| 04/30/2007 | 27 | Reply Brief in Support of Motion for Transfer, Coordination, and Consolidation of Related Actions to the U S District Court for the Northern District of Alabama, Pursuant to 28 U.S.C. 1407 filed before the Judicail Panel on Multi District Litigation (Attachments: # 1 Exhibits A and B) (VB, ilcd) (Entered: 04/30/2007) |
| 05/10/2007 | 28 | MOTION to Amend/Correct *Complaint* by Plaintiff James Daniel Mathein.Responses due by 5/29/2007 (Attachments: # 1 Exhibit Amendment to Complaint)(Phebus, Joseph) (Entered: 05/10/2007) |
| 05/14/2007 | 29 | MOVANT MONTIEL'S FOURTH NOTICE OF TAG-ALONG ACTION filed by Attorney Edward A Wallace before the Judicial Panel on Multidistrict Litigation. (VB, ilcd) (Entered: 05/14/2007) |
| 05/18/2007 | 30 | MOTION to Compel by Plaintiff James Daniel Mathein.Responses due by 6/4/2007 (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2) (Phebus, Joseph) (Entered: 05/18/2007) |
| 05/21/2007 | 31 | HALL MOVANTS' NOTICE OF TAG-ALONG ACTIONS filed before the Judicial Panel on Multi District Litigation (VB, ilcd) (Entered: 05/21/2007) |
| 05/21/2007 | 32 | MOVANT MONTIEL'S NOTICE OF TAG-ALONG ACTION filed before the Judicial Panel on Multi District Litigation (VB, ilcd) (Entered: 05/21/2007) |
| 05/24/2007 | 33 | NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT from Attorney David A Hodges to the Judicial Panel on Multi District Litigation as to plaintiff Mary Jane Campbell. (VB, ilcd) Modified on 5/24/2007 to add which plaintiff filed this document (VB, ilcd). (Entered: 05/24/2007) |
| 05/24/2007 | 34 | NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT filed by Attorney David A Hodges to the Judicial Panel on Multi District Litigation as to plaintiff Carolene Jean Carter. (VB, ilcd) (Entered: 05/24/2007) |
| 05/24/2007 | | Notice of Docket Text or Event Modification re 33 Notice of Presentation or Waiver of Oral Argument. Clerk corrected this entry to reflect that it was filed by plaintiff Mary Jane Campbell. (VB, ilcd) (Entered: 05/24/2007) |
| 06/01/2007 | 35 | NOTICE OF TAG-ALONG ACTION re MDL Case 1842 by James Daniel Mathein (MT, ilcd) (Entered: 06/01/2007) |
| 06/01/2007 | | TEXT ORDER entered by Judge David G. Bernthal on 6/1/07. Plaintiff's Motion for Leave to Amend Complaint 28 is GRANTED. Plaintiff is directed to e-file its Amended Complaint. (MT, ilcd) (Entered: |

| | | |
|---|---|---|
| | | 06/01/2007) |
| 06/01/2007 | 36 | MOTION to Stay re 30 MOTION to Compel *Defendants' Motion for A Stay and Opposition to Plaintiff's Rule 37(A)(2)(A) Motion to Compel Discovery* by Defendant Davol Inc.Responses due by 6/18/2007 (Griffis, Kirby) (Entered: 06/01/2007) |
| 06/06/2007 | 37 | AMENDED COMPLAINT *(Count 2)* against all defendants, filed by James Daniel Mathein.(Phebus, Joseph) (Entered: 06/06/2007) |
| 06/11/2007 | 38 | MOVANT MONTIEL'S SEVENTH NOTICE OF TAG-ALONG ACTION filed by Attorney Edward A Wallace (VB, ilcd) (Entered: 06/11/2007) |
| 06/13/2007 | 39 | MEMORANDUM in Opposition re 36 MOTION to Stay re 30 MOTION to Compel *Defendants' Motion for A Stay and Opposition to Plaintiff's Rule 37(A)(2)(A) Motion to Compel Discovery* filed by Plaintiff James Daniel Mathein. (Phebus, Joseph) (Entered: 06/13/2007) |
| 06/25/2007 | 40 | NOTICE of MOVANT MONTIEL'S EIGHTH NOTICE OF TAG-ALONG ACTION filed before the Judicial Panel on Multidistrict Litigation by Attorney Edward A Wallace. (VB, ilcd) (Entered: 06/25/2007) |
| 06/26/2007 | 41 | Remark: Conditional Transfer Order entered June 22, 2007 by the Judicial Panel on Multidistrict Litigation. This case is stayed for 15 days for objections. See Order. (VB, ilcd) (Entered: 06/26/2007) |

## PACER Service Center

### Transaction Receipt

06/27/2007 14:39:40

| | | | |
|---|---|---|---|
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-02031-MPM-DGB |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |