E-FILED
Wednesday, 07 February, 2007 12:42:57 PM
Clerk, U.S. District Court, ILCD

✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

## APPEARANCE

Mathein v. Davol, Inc. and C.R. Bard, Inc.,

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

C.R. BARD, INC. and DAVOL INC.

I certify that I am admitted to practice in this court.

2/7/2007
Date

P. Mark Crane

Digitally signed by P. Mark Crane
DN: cn=P. Mark Crane, c=US, o=Segal McCambridge Singer & Mahoney, email=mcrane@smsm.com
Date: 2007.02.06 14:02:01 -06'00'

Signature

P. Mark Crane — Print Name
6191770 — Bar Number

Segal McCambridge Singer & Mahoney, 330 N. Wabash
Address

Chicago — City
IL — State
60611 — Zip Code

(312) 645-7800 — Phone Number
(312) 645-7711 — Fax Number

Print | Save As... | Export as FDF | Retrieve FDF File | Reset