E-FILED
Monday, 05 March, 2007 12:49:23 PM
Clerk, U.S. District Court, ILCD

WEXLER | TORISEVA | WALLACE

Limited Liability Partnership
Chicago, IL • Wheeling, WV • Sacramento, CA

March 2, 2007

FILED
MAR 0 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

<u>VIA FEDERAL EXPRESS</u>
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judicial Building
Room G-255, North Lobby
Washington, DC 20002-8004

Re: *In re Kugel Mesh Hernia Patch Litigation,* MDL Docket No. 1842

To Whom This May Concern:

Enclosed please find one original and five copies of the following documents:

- Movant Montiel's First Notice of Related Action
- Proof of Service

Also enclosed is a disk with the same documents. Please file the original and return a file-stamped copy to us in the enclosed, self-addressed envelope. If you have any questions, please feel free to contact me.

Very truly yours,

Edward A Wallace /kd

Edward A. Wallace

EAW/kd
Enclosures

cc: All Counsel of Record

Contact Information: | **Edward A. Wallace** **(312) 261-6193 Direct Dial** **eaw@wtwlaw.us** | One N. LaSalle Street Suite 2000 Chicago, IL 60602 | (312) 346-2222 (312) 346-0022 fax www.wtwlaw.us

Case MDL No. 1842 Document 6 Page 1 of 6
E-FILED
Monday, 05 March, 2007 12:59:59 PM
Clerk, U.S. District Court, ILCD

**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

---

IN RE: KUGEL MESH HERNIA PATCH LITIGATION — MDL Docket No. 1842

---

**PROOF OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Related Action, Revised Schedule of Actions and this Certificate of Service was served by First Class Mail on March 2, 2007, to the following:

Clerk, Eastern District of Arkansas, C.A. No. 04:06-01012
Little Rock, AR

Clerk, Western District of Arkansas, C.A. No. 05:06- 05154
Fayetteville, AR

Clerk, Eastern District of Louisiana, C.A. 2:06- 05837
New Orleans, LA

Clerk, District of New Jersey, C.A. No. 2:06-04786
Newark, NJ

Clerk, Eastern District of Missouri, C.A. No. 4:06-01471
St. Louis, MO

Clerk, Northern District of Florida, C.A. No. 3:06-00541
Pensacola, FL

Clerk, Eastern District of California, C.A. No.2:07-00032
Sacramento, CA

✓Clerk, Central District of Illinois, C.A. No. 2:07-02031
Urbana, IL

Clerk, District of Rhode Island, C.A. No. 1:07-00064
Providence, RI

Clerk, Middle District of Tennessee, C.A. No. 3:07-00243
Nashville, TN

Callis L. Childs
Attorney at Law
243 U.S. Highway 64 East
Conway, AR 72032
**Counsel for Plaintiffs: Carolene Jean Carter, et al.,**
E.D. Arkansas, C.A. No. 04:06-01012

Cindy L. Hawkins
Attorney at Law
PO Box 805
105 Holcomb Street
Springdale, AR 72765-0809
**Counsel for Plaintiffs: Mary Jane Campbell, et al.,**
W.D. Arkansas, C.A. No. 05:06- 05154

Christine Lynn DeSue
Franklin G. Shaw
Leger & Mestayer
600 Carondelet Street, 9th Floor
New Orleans, LA 70130
**Counsel for Plaintiffs: Faye Gleber, et al.,**
E.D. Louisiana, C.A. 2:06- 05837

Harris L. Pogust
Pogust & Braslow, LLP
161 Washington Street, Suite 1520
Conshocken, PA 19428
**Counsel for Plaintiffs: Jenine Von Essen, et al.,**
D. New Jersey, C.A. No. 2:06-04786

Maurice B. Graham
M. Graham Dobbs
Gray & Ritter, P.C.
701 Market Street, Suite 800
St. Louis, MO 63101-1826
**Counsel for Plaintiffs: Timothy J. Edgar, et al.,**
E.D. Missouri, C.A. No. 4:06-01471

Bradley Syfrett Odom
Kievit Odom & Barlow
635 W. Garden Street
Pensacola, FL 32502
**Counsel for Plaintiffs: Jane R. Wilson, et al.,**
N.D. Florida, C.A. No. 3:06-00541

Craig Philip Niedenthal
Cory Watson Crowder
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
**Counsel for Plaintiffs: Jane R. Wilson, et al.,**
N.D. Florida, C.A. No. 3:06-00541

Jonathan Alan Saul
Thomas Minder and Associates
2151 River Plaza Drive, Suite 290
Sacramento, CA 95833
**Counsel for Plaintiffs: Daniel Poston, Darline Poston, et al.,**
E.D. California, C.A. No.2:07-00032

Douglas Phebus
Lawton & Cates
10 East Doty
Madison, WI 53703
**Counsel for Plaintiffs: James Daniel Mathein, et al.,**
C.D. Illinois, C.A. No. 2:07-02031

Joseph W Phebus
Phebus & Koester
136 W Main Street
Urbana, IL 61801
**Counsel for Plaintiffs: James Daniel Mathein, et al.,**
C.D. Illinois, C.A. No. 2:07-02031

Donald A. Migliori
Motley Rice LLC
321 S. Main Street, 2nd Floor
PO Box 6067
Providence, RI 02940-6067
**Counsel for Plaintiffs: Sonia Montiel, et al.,**
D. Rhode Island, C.A. No. 1:07-00064

Fred Thompson, III
Rhett D. Klok
Fred Thompson
Hery Leventis
Carmen Scott
Motley Rice LLC
28 Bridgeside Boulevard
PO Box 1792
Mt. Pleasant, SC 29465
**Counsel for Plaintiffs: Sonia Montiel, et al.,**
D. Rhode Island, C.A. No. 1:07-00064

Edward A. Wallace
Mark R. Miller
Wexler Toriseva Wallace LLP
One N. LaSalle Street, Suite 2000
Chicago, IL 60602
**Counsel for Plaintiffs: Sonia Montiel, et al.,**
D. Rhode Island, C.A. No. 1:07-00064

Teresa C. Toriseva
Kathy A. Brown
Wexler Toriseva Wallace LLP
1446 National Road
Wheeling, WV 26003
**Counsel for Plaintiffs: Sonia Montiel, et al.,**
D. Rhode Island, C.A. No. 1:07-00064

David A. Hodges
Attorney at Law
Centre Place
212 Center Street, Fifth Floor
Little Rock, AR 72201-2429
**Counsel for Plaintiffs: Carolene Jean Carter, et al.,**
E.D. Arkansas, C.A. No. 04:06-01012

**Counsel for Plaintiffs: Mary Jane Campbell, et al.,**
W.D. Arkansas, C.A. No. 05:06- 05154

Donald D. Zuccarello
Law Office of Donald D. Zuccarello
3209 West End Avenue
Nashville, TN 37203
**Counsel for Plaintiff: George Andrew Luffman**
M.D. Tennessee, C.A. No. 03:07-00243

Dana Alan Gausepohl
Kirby T. Griffis
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
**Counsel for Defendants: Davol, Inc., C.R. Bard, Inc.,**
E.D. Arkansas, C.A. No. 04:06-01012

**Counsel for Defendants: Davol, Inc. C.R. Bard, Inc.,**
W.D. Arkansas, C.A. No. 05:06- 05154

**Counsel for Defendant: Davol, Inc.,**
E.D. Missouri, C.A. No. 4:06-01471

**Counsel for Defendant: Davol, Inc.,**
E.D. California, C.A. No.2:07-00032

**Counsel for Defendant: Davol, Inc.,**
C.D. Illinois, C.A. No. 2:07-02031

**Counsel for Defendant: C.R. Bard, Inc. and Davol, Inc.**
M.D. Tennessee, C.A. No. 3:07-00243

Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. – LR
425 W. Capitol Avenue, Suite 1800
Little Rock, AR 72201
**Counsel for Defendants: Davol, Inc., C.R. Bard, Inc.,**
E.D. Arkansas, C.A. No. 04:06-01012

**Counsel for Defendants: Davol, Inc. C.R. Bard, Inc.,**
W.D. Arkansas, C.A. No. 05:06-05154

William Douglas Martin
Kutak Rock LLP
214 W. Dickson
Fayetteville, AR 72701
**Counsel for Defendants: Surgical Sense, Inc., WCO Medical Products Corporation**
W.D. Arkansas, C.A. No. 5:06--05154

Stanton E. Shuler, Jr.
Lauren Fajoni Bartlett
Leake & Andersson, LLP
Energy Centre
1100 Poydras Street, Suite 1700
New Orleans, LA 70163-1701
**Counsel for Defendants: C.R. Bard, Inc., Bard Access Systems, Inc.,**
E.D. Louisiana, C.A. 2:06- 05837

David J. Cooner
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101
**Counsel for Defendants: C.R. Bard, Inc., Davol, Inc.,**
D. New Jersey, C.A. No. 2:06-04786

Dennie M. Zankel
Baker and Sterchi, L.L.C.
1010 Market Street, Suite 950
St. Louis, MO 63101
**Counsel for Defendant: Davol, Inc.,**
E.D. Missouri, C.A. No. 4:06-01471

John M. Kvartek
Clark Partington Hart Larry Bond & Stackhouse
125 W. Romana Street, Suite 800
PO Box 13010
Pensacola, FL 32591-3010
**Counsel for Defendants: Davol, Inc., C.R. Bard, Inc.,**
N.D. Florida, C.A. No. 3:06-00541

Thomas M. Frieder
Hassard Bonnington LLP
Two Embarcadero Center, Suite 1800
San Francisco, CA 94111-3993
**Counsel for Defendant: Davol, Inc.,**
E.D. California, C.A. No.2:07-00032

Melissa Loney Stevens
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
P.O. Box 1792
Knoxville, TN 37901-1792
**Counsel for Defendant: C.R. Bard, Inc. and Davol, Inc.**
M.D. Tennessee, C.A. No. 3:07-00243

Dated: March 2, 2007

Edward A. Wallace
Wexler Toriseva Wallace LLP
One N. LaSalle Street, Suite 2000
Chicago, IL 60602
(312) 346-2222 – Telephone
(312) 346-0022 – Facsimile
eaw@wtwlaw.us

E-FILED
Monday, 05 March, 2007 01:00:35 PM
Clerk, U.S. District Court, ILCD

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: KUGEL MESH HERNIA PATCH LITIGATION — MDL Docket No. 1842

**MOVANT MONTIEL'S FIRST NOTICE
<u>OF RELATED ACTION</u>**

To the Judicial Panel on Multidistrict Litigation and all Parties and their attorneys of record:

Please take notice that on February 23, 2007, plaintiffs in the action styled *Montiel v. Davol, Inc. et al.*, Case No. CA 07-064, United States District Court for the District of Rhode Island (the "Movants" and the "*Montiel* Action") filed a petition under 28 U.S.C. § 1407 seeking transfer and coordination of the cases listed in the attached Schedule of Actions, attached hereto as Exhibit A.

Pursuant to Rules 7.2(i), 7.3(a) and 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("JPML"), we hereby notify the Clerk of the Panel that a related action was recently filed in the Middle District of Tennessee as follows:

**<u>Middle District of Tennessee</u>**

<u>George Andrew Luffman v. C.R. Bard, Inc., and Davol, Inc.</u>
Civil Action No. 3:07-cv-00243

This action arises from the same facts and asserts similar claims as the pending actions that are the subject of Movant's petition and should, therefore, be designated as a Related Action pursuant to Panel Rule 7.5. A true and correct copy of the complaint in the *Luffman* action is attached hereto as Exhibit B.

Dated: March 2, 2007

Donald A. Migliori (#4936)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
401-457-7700
401-457-7708 FAX

Edward A. Wallace
Mark R. Miller
WEXLER TORISEVA WALLACE LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
312-346-2222
312-346-0022 FAX

Teresa C. Toriseva
Kathy A. Brown
WEXLER TORISEVA WALLACE LLP
1446 National Road
Wheeling, WV 46003
304-238-0066
304-238-0149 FAX

Fred Thompson, III
Rhett D. Klok
Fred Thompson
Henry Leventis
Carmen Scott
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
843-216-9000
843-216- 9450 FAX

# EXHIBIT A

**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

IN RE: KUGEL MESH HERNIA PATCH LITIGATION | MDL Docket No. 1842

## REVISED SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Carolene Jean Carter<br>**Defendants:**<br>Davol, Inc., C.R. Bard, Inc., a Rhode Island corporation, and John Does I-V | E.D. Arkansas (Little Rock Division) | 4:06-cv-01012 | J. Leon Holmes |
| **Plaintiffs:**<br>Mary Jane Campbell<br>**Defendants:**<br>Davol, Inc., a Rhode Island corporation, C.R. Bard, Inc., a New Jersey corporation, Surgical Sense, Inc., a Texas corporation, WCO Medical Products Corporation, formerly John Doe I, and John Does II-V | W.D. Arkansas (Fayetteville Division) | 5:06-cv-05154 | Jimm Larry Hendren |
| **Plaintiffs:**<br>Faye Gleber<br>**Defendants:**<br>C.R. Bard, Inc. and Bard Access Systems, Inc. | E.D. Louisiana (New Orleans Division) | 2:06-cv-05837 | Lance M. Africk |
| **Plaintiffs:**<br>Jenine Von Essen<br>**Defendants:**<br>C.R. Bard, Inc. and Davol, Inc. | D. New Jersey (Newark Division) | 2:06-cv-04786 | Susan D. Wigenton |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Timothy J. Edgar<br>**Defendants:**<br>Davol, Inc., a Delaware Corporation | E.D. Missouri (St. Louis Division) | 4:06-cv-01471 | Stephen N. Limbaugh |
| **Plaintiffs:**<br>Jane R. Wilson<br>**Defendants:**<br>Davol, Inc. and C.R. Bard, Inc. | N.D. Florida (Pensacola Division) | 3:06-cv-00541 | M. Casey Rodgers |
| **Plaintiffs:**<br>Daniel Poston and Darline Poston<br>**Defendants:**<br>Davol, Inc. | E.D. California (Sacramento Division) | 2:07-cv-00032 | Frank C. Damrell, Jr. |
| **Plaintiffs:**<br>James Daniel Mathein<br>**Defendants:**<br>Davol, Inc., a Rhode Island corporation, and C.R. Bard, Inc., a New Jersey corporation | C.D. Illinois (Urbana Division) | 2:07-cv-02031 | Michael P. McCluskey |
| **Plaintiffs:**<br>Sonia Montiel, on behalf of herself and all others similarly situated, and Carol Nunes-McNamara, on behalf of herself and all others similarly situated<br>**Defendants:**<br>Davol, Inc. and C.R. Bard, Inc. | D. Rhode Island (Providence Division) | 1:07-cv-00064 | Mary M. Lisi |
| **Plaintiffs:**<br>George Andrew Luffman<br>**Defendants:**<br>C.R. Bard, Inc., a New Jersey Corporation, and Davol, Inc., a Rhode Island Corporation | M.D. Tennessee | 3:07-cv-00243 | William J. Haynes |

# EXHIBIT
# B

**U.S. District Court**
**Middle District of Tennessee (Nashville)**
**CIVIL DOCKET FOR CASE #: 3:07-cv-00243**

Luffman v. C.R. Bard Inc. et al
Assigned to: District Judge William J. Haynes
Demand: $300,000
Cause: 28:1446 Notice of Removal- Product Liability

Date Filed: 02/26/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**George Andrew Luffman**

represented by **Donald D. Zuccarello**
Law Office of Donald D. Zuccarello
3209 West End Avenue
Nashville, TN 37203
(615) 259-8100
Email: dzuccarello@ddzlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C. R. Bard, Inc.**
*a New Jersey corporation*

represented by **Dana Alan Gausepohl**
Spriggs & Hollingsworth
1350 I Street, NW
9th Floor
Washington, DC 20005
US
(202) 898-5800
Fax: (202) 682-1639
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis**
Spriggs & Hollingsworth
1350 I Street, NW
9th Floor
Washington, DC 20005
US
(202) 898-5800
Fax: (202) 682-1639
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Loney Stevens**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
P O Box 1792
Knoxville, TN 37901-1792
(865) 549-7000

Fax: (865) 525-8569
Email: mstevens@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Davol Inc.**
*a Rhode Island corporation*

represented by **Dana Alan Gausepohl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Loney Stevens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2007 | 1 | NOTICE OF REMOVAL by C.R. Bard Inc., Davol Inc. from Circuit Court for Davidson County, Tennessee. (filing fee paid $350.00) (Attachments: #(1) Exhibit A, including original complaint #(2) Exhibit B)(rm) (Entered: 02/27/2007) |
| 02/26/2007 | 2 | CORPORATE DISCLOSURE STATEMENT filed by C.R. Bard Inc., Davol Inc. (rm) (Entered: 02/27/2007) |
| 02/26/2007 | 3 | NOTICE of Initial Case Management Conference set for Monday, 4/23/2007 at 2:00 PM in Courtroom A859 before District Judge William J. Haynes. (rm) (Entered: 02/27/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/01/2007 13:06:59 | | | |
| **PACER Login:** | kw0083 | **Client Code:** | 2030-000 |
| **Description:** | Docket Report | **Search Criteria:** | 3:07-cv-00243 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

Affirmed Harper by Barre, 1/25/07
Rec'd copy

CIRCUIT COURT SUMMONS NASHVILLE, TENNESSEE

**STATE OF TENNESSEE**
**DAVIDSON COUNTY**
**20TH JUDICIAL DISTRICT**

COPY

First X Alias ___ Pluries ___

CIVIL ACTION
DOCKET NO.____________

GEORGE ANDREW LUFFMAN,

Plaintiff,

Vs.

C. R. BARD INC.,
by and through Registered Agent:
Judith A. Reinsdorf
730 Central Avenue
Murray Hill, New Jersey 07974

Defendant.

Method of Service:
_____ In County Sheriff
_____ Out of County Sheriff
✓ Secretary of State
_____ Certified Mail
_____ Personal Service
_____ Commissioner of Insurance

To the above named Defendant:

You are summoned to appear and defend a civil action filed against you in DAVIDSON COUNTY CIRCUIT COURT, NASHVILLE, TN, and your defense must be made within thirty (30) days from the date this summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below.

In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the complaint.

ISSUED: ____________________

RICHARD R. ROOKER
Circuit Court Clerk
Davidson County, Tennessee

By______________________________
Deputy Clerk

ATTORNEY FOR PLAINTIFF Donald D. Zuccarello
3209 West End Avenue, Nashville, TN 37203,
(615) 259-8100

or
PLAINTIFF'S ADDRESS

TO THE SHERIFF:

Please execute this summons and make your return hereon as provided by law.

RICHARD R. ROOKER
Circuit Court Clerk

Received this summons for service this _____ day of ____________, 20____.

______________ SHERIFF

EXHIBIT
A

CIRCUIT COURT SUMMONS | NASHVILLE, TENNESSEE

**STATE OF TENNESSEE**
**DAVIDSON COUNTY**
**20TH JUDICIAL DISTRICT**

COPY

First X Alias ___ Pluries ___

CIVIL ACTION
DOCKET NO.____________

GEORGE ANDREW LUFFMAN,

Plaintiff,

Vs.

DAVOL INC.,
by and through Registered Agent:
CT. CORPORATION SYSTEM
10 WEYBOSSET STREET
PROVIDENCE, RI. 02903

Defendant.

Method of Service:
____ In County Sheriff
____ Out of County Sheriff
✓ Secretary of State
____ Certified Mail

____ Personal Service

____ Commissioner of Insurance

To the above named Defendant:

You are summoned to appear and defend a civil action filed against you in DAVIDSON COUNTY CIRCUIT COURT, NASHVILLE, TN, and your defense must be made within thirty (30) days from the date this summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below.

In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the complaint.

ISSUED: ____________________

RICHARD R. ROOKER
Circuit Court Clerk
Davidson County, Tennessee

By_______________________
Deputy Clerk

ATTORNEY FOR PLAINTIFF Donald D. Zuccarello
3209 West End Avenue, Nashville, TN 37203.
(615) 259-8100

or
PLAINTIFF'S ADDRESS

TO THE SHERIFF:

Please execute this summons and make your return hereon as provided by law.

RICHARD R. ROOKER
Circuit Court Clerk

Received this summons for service this ______ day of ____________, 20____.

______________ SHERIFF

## RETURN ON PERSONAL SERVICE OF SUMMONS

I hereby certify and return that on the ______________ day of _________________________________, 20______, I:

_________________________ served this summons and complaint/petition on ___________________________________

__________________________________________________________________________ in the following manner:

_______________________________________________________________________________________________

_________________________ failed to serve this summons within 30 days after its issuance because _______

_______________________________________________________________________________________________

_______________________________
Sheriff/Process Server

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return, that on the _____ day of ____________________, 20____ I sent, postage prepaid by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in Docket No.____________ to the defendant, ___________________________________________. On the ________ day of ________________ 20_____, I received the return receipt for said registered or certified mail, which had been signed by ________________________ on the _____ day of _________________, 20____. Said return receipt is attached to this original summons and both documents are being sent herewith to the Circuit Court Clerk for filing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS ________ DAY OF ____________________, 20________.

_______________________________
PLAINTIFF, PLAINTIFF'S ATTORNEY OR OTHER PERSON AUTHORIZED BY STATUTE TO SERVE PROCESS

________ NOTARY PUBLIC or ________ DEPUTY CLERK
MY COMMISSION EXPIRES: ____________________

### NOTICE

TO THE DEFENDANT(S):

Tennessee law provides a four thousand dollar ($4,000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

ATTACH
RETURN
RECEIPT
HERE
(IF APPLICABLE)

STATE OF TENNESSEE
COUNTY OF DAVIDSON

I, Richard R. Rooker, Clerk of the Circuit Court in the State and County aforesaid, do hereby certify this to be a true and correct copy of the original summons issued in this case.

RICHARD R. ROOKER, CLERK

(To be completed only if copy certification required.)

By: ________________________________ D.C.

COPY

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY,
TENNESSEE AT NASHVILLE
20th JUDICIAL DISTRICT

| | | |
|---|---|---|
| GEORGE ANDREW LUFFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | DOCKET #__________ |
| v. | ) | JURY DEMAND (12) |
| | ) | |
| | ) | |
| C.R. BARD INC., and DAVOL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

Comes now the Plaintiff, George Andrew Luffman, by and through his undersigned counsel, Donald D. Zuccarello, and brings suit against Defendants C.R. Bard and Davol, Inc., and states as follows:

1. The Plaintiff George Andrew Luffman (hereinafter "Plaintiff") is a citizen and resident of Davidson County residing at 308 Rucker Avenue, Nashville, Tennessee.

2. The Defendants C.R. Bard, Inc., and Davol Inc., are foreign corporations, and (hereinafter "Defendants") carry on regular and substantial business in Nashville, Tennessee.

3. The Defendants designed, fabricated, produced, manufactured, processed, assembled, marketed, and introduced into the stream of commerce the Composix® Kugel Hernia Patch which was used at Vanderbilt University Medical Center on February 1, 2006. The Composix® Kugel Hernia Patch was defective and unreasonably dangerous beyond that which would be contemplated by the ordinary consumer, and caused dangerous and unsafe risk to the

Plaintiff.

4. On or about February 1, 2006, at Vanderbilt University Medical Center in Nashville, Tennessee, the Plaintiff underwent surgical repair of a ventral hernia near the epigastrum. The Plaintiff underwent the hernia repair with his surgeon Dr. Jose Diaz, Jr., implanting the Bard Composix® Kugel Hernia Patch. The Plaintiff suffered serious and permanent injuries as a result of the Bard Composix® Kugel Hernia Patch used to repair his multiple ventral hernias and which is the subject of a FDA Class I recall. The Bard Composix® Kugel Hernia Patch was defective and unreasonably dangerous.

5. At said date and time, the Defendants were strictly liable to the Plaintiff for manufacturing, constructing, designing, assembling, testing, producing, selling and distributing an unreasonably dangerous and defective product pursuant to Tenn.Code.Ann §29-28-101 et seq., which proximately caused personal injuries to the Plaintiff.

6. The Defendants were negligent in this matter because they: (a) failed to produce, manufacture, construct, design, assemble, distribute and sell a medical product that was safe and durable for its intended use; (b) failed to adequately notify and warn persons of the unreasonably dangerous and defective condition of the Bard Composix® Kugel Hernia Patch ; (c) failed to adequately inspect and test the Bard Composix® Kugel Hernia Patch to determine that it was safe and not defective and unreasonably dangerous for long-term use; (d) failed to warn physicians, hospitals, and patients of the dangers of the Bard Composix® Kugel Hernia Patch's defective and unreasonably dangerous condition; (e) failed to adequately warn physicians, hospitals, and patients of the potential hazards of the medical device. (f) failed to exercise due and reasonable care.

7. The negligent acts and omissions of the Defendants as set forth herein are the proximate cause of the Plaintiff's injuries and damages.

8. The Defendants are also liable to the Plaintiff for breaching an implied warranty of fitness merchantability of the product that it designed, manufactured, produced, distributed, and sold. The Defendants are also liable for breach of or failure to discharge a duty to warn or instruct the Plaintiff of the dangerous and defective condition of the product.

9. At said date and time, the Defendants are liable for the Plaintiff's injuries due to the negligent acts and omission of the Defendants as set forth herein and due to the Defendants' culpable acts under strict liability, breach of warranty and products liability which were the proximate cause of the Plaintiff's injuries and damages as set forth by common law and statutory law.

10. As a proximate result of the Defendants' culpable acts as set forth herein, Plaintiff George Andrew Luffman has sustained past, present and future medical expenses, pain and suffering, lost wages, loss of earning capacity, emotional distress, loss of the enjoyment of life, and permanent damages for all of which he deserves to be compensated.

Wherefore Plaintiff prays:

(a) for service of process on Defendants;

(b) for the Defendants to file an Answer;

(c) for a jury of twelve to determine all triable issues;

(d) for an award of damages in favor of the Plaintiff George Andrew Luffman, and against the Defendants in an amount of $300,000.00;

(e) for court cost and discretionary costs to be taxed to the Defendants; and

(f) for general relief.

Respectfully submitted,

LAW OFFICE OF DONALD D. ZUCCARELLO

Donald D. Zuccarello, BPR # 15092
3209 West End Avenue
Nashville, TN 37203
(615) 259-8100
(615) 259-8108

Attorney for the Plaintiff

**COST BOND**

I. Donald D. Zuccarello, am surety for this cause

Donald D. Zuccarello



TOTAL P.09