E-FILED
Tuesday, 03 April, 2007 12:28:12 PM
Clerk, U.S. District Court, ILCD

✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

Mathein v. Davol, Inc. and C.R. Bard, Inc.

## APPEARANCE

Case Number: 2:07-CV-2031-MPM-DGB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

C.R. BARD, INC. and DAVOL, INC.

I certify that I am admitted to practice in this court.

4/2/2007
Date

/s/ Kimberly A. Kayiwa
Signature

Kimberly A. Kayiwa
Print Name    Bar Number

Segal McCambridge Singer & Mahoeny, 330 N. Wabash
Address

Chicago    IL    60611
City    State    Zip Code

(312) 645-7800    (312) 645-7711
Phone Number    Fax Number

Print    Save As...    Export as FDF    Retrieve FDF File    Reset