E-FILED
Monday, 09 April, 2007 10:41:43 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| JAMES DANIEL MATHEIN,<br><br>Plaintiff,<br><br>vs.<br><br>C.R. BARD, INC., a corporation, and<br>DAVOL, INC., a corporation,<br><br>Defendants. | ) | Cause No. 07-L-2031 |

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: KUGEL MESH HERNIA<br>PATCH PRODUCT LIABILITY<br>LITIGATION | ) | MDL Docket No. 1842 |

**SUPPLEMENT TO PLAINTIFF JAMES**
**<u>DANIEL MATHEIN'S RESPONSE TO MOTION TO TRANSFER</u>**

COMES NOW Plaintiff James Daniel Mathein by his attorney of record, Joseph W. Phebus of the firm of Phebus & Koester, and hereby supplements his response to the Motion of the plaintiffs in *Motiel v. Davol, Inc. et al.*, Case No CA 07-064, United States District Court for the District of Rhode Island, for transfer for purposes of joint and coordinated discovery and in support thereof states:

1. In his Response heretofore filed, Plaintiff James Daniel Mathein did not object to transfer for the purposes of joint and coordinated discovery.

2. In his Response heretofore filed, said plaintiff did not take any position as to the court to which cases should be transferred to and consolidated in.

3. Having now had an opportunity to investigate and consider the various potential venues, said plaintiff has concluded that the appropriate court would be the United States District Court for the Northern District of Alabama.

4. Accordingly, he requests that in the event there is a transfer and consolidation that such be to the United States District Court for the Northern District of Alabama.

Dated: April 9, 2007.

JAMES DANIEL MATHEIN, Plaintiff, by his Attorney, Joseph W. Phebus of the law firm of PHEBUS & KOESTER

s/ J.W. PHEBUS

J. W. PHEBUS
Attorney for Plaintiff
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
Telephone: (217) 337-1400
Fax: (217) 337-1607
*jwphebus@phebuslaw.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

P. Mark Crane
Segal McCambridge Singer & Mahoney, Ltd
Suite 200
330 North Wabash Avenue
Chicago, Illinois 60611
Telephone: 312-645-7800
Fax: 312-645-7711
Email: *mcrane@smsm.com*

Joe G. Hollingsworth
Spriggs & Hollingsworth
1350 I Street, NW
Washington, DC 20005
Telephone: 202-898-5800
Fax: 202-682-1639
Email: *jhollingsworth@spriggs.com*

s/ J.W. PHEBUS
J. W. PHEBUS
Attorney for Plaintiff
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
Telephone: (217) 337-1400
Fax: (217) 337-1607
*jwphebus@phebuslaw.com*

*f:\docs\joe\mathein\supp rsp urbana.doc*